```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0077--CR (JWS)
                    "USA V CHRISTOPHER R. TAONG"
                     DEF 1.1 TAONG, CHRISTOPHER R.

        Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 05/20/04
            Closed: 01/28/05
No. of Defendants: 1
   MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: YES
Needs interpreter: NO
Counsel of record: Kevin F. McCoy
                   Federal Public Defender
                   550 W. 7th Avenue, Suite 1600
                   Anchorage, AK 99501
                   907-646-3400
                   FAX 907-646-3480
                   Serve: YES
                    Type: FPD
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Kevin Feldis
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 TAONG, CHRISTOPHER R.

Document          Count    Citation and Description                        Disposition
─────────         ─────    ────────────────────────                        ───────────
    1 -   1 IND     1      18:922(g)(1) FELON IN POSSESSION OF A FIREARM (F)   Sentenced
                                                                               (30-1)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A04-0077--CR (JWS)
                "USA V CHRISTOPHER R. TAONG"

                      For all filing dates
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 05/20/04
           Closed: 01/28/05
No. of Defendants: 1


Document #   Filed       Docket text
_____  _____  _____

    1 -  1   05/20/04    [Re: DEF 1] PLF 1 Indictment.

    2 -  1   05/20/04    [Re: DEF 1] JDR Grand Jury Minutes re Indt secret; WOA to be issued; no
                         bail set.

 NOTE -  1   05/27/04    [Re: DEF 1] USM Notice of Arrest; defendant arrested 5/26/04.

 NOTE -  2   05/27/04    Notation: Proposed Trial Date Setting for Arr to USDJ.

    3 -  1   05/28/04    [Re: DEF 1] AHB Court Minutes [ECR: Debby Willoughby-Lyons] re Arr on
                         Indt hld 5/28/04; K. McCoy apptd; def pled not guilty; def detained; det
                         hrg set for 6/2/04 at 3:00 p.m. before MJ Roberts; PTM's due 6/18/04;
                         cnsl advised of trial date 8/2/04. cc: USA, FPD, USM, USPO, Judge
                         Sedwick

    4 -  1   05/28/04    [Re: DEF 1] Financial Affidavit.

    5 -  1   05/28/04    [Re: DEF 1] AHB Order of Detention Pending Hearing set for 6/2/04 at
                         3:00 p.m. before MJ Roberts. cc: USA, FPD, USM, USPO

    6 -  1   05/28/04    [Re: DEF 1] AHB Order regarding preparation for trial re cnsl to meet &
                         confer by 6/3/04; PTM's due 6/18/04. cc: USA, FPD

    7 -  1   05/28/04    [Re: DEF 1] USM Return of WOA executed at Anchorage, AK by ATF on
                         5/26/04.

    8 -  1   06/01/04    DEF 1 motion on shortened time to vacate bail hearing set for 6/2/04.

    9 -  1   06/01/04    DEF 1 Attorney Appearance of K. McCoy (FPD).

   10 -  1   06/02/04    [Re: DEF 1] JDR Order granting motion on shortened time to vacate bail
                         hearing set for 6/2/04 (8-1). cc: USA, FPD, USM, USPO

   11 -  1   06/02/04    [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM,
                         USPO

   12 -  1   06/02/04    [Re: DEF 1] JWS Minute Order setting TBJ on 8/2/04 at 9:00 a.m. and FPTC
                         on 8/2/04 at 8:30 a.m.. cc: USA, FPD, USPO, USM, MJ Roberts, JC

   13 -  1   06/02/04    [Re: DEF 1] JWS Minute Order that no replies are to be fld unless
                         requested by DJ or MJ. cc: USA, FPD, MJ Roberts

   14 -  1   06/02/04    [Re: DEF 1] PLF 1 Discovery Conference Certificate.

   15 -  1   07/02/04    DEF 1 Notice of Intent to change plea.

   16 -  1   07/08/04    [Re: DEF 1] JWS Minute Order re TBJ set for 8/2/04 is RESET for PCOP
                         for 7/16/04 at 8:30 a.m. cc: USA, FPD, USM, USPO, JC, MJ Roberts
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A04-0077--CR (JWS)
                                   "USA V CHRISTOPHER R. TAONG"

                                         For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 07/16/04 | [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons] re: PCOP hrg held 7/16/04; def changed plea to guilty on ct 1 of Indt; IOS set 9/27/04 at 9:30 a.m.; 8/2/04 FPTC & TBJ vacated. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 18 - 1 | 09/20/04 | [Re: DEF 1] PLF 1 motion on shortened time to continue sentencing. |
| 19 - 1 | 09/20/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 20 - 1 | 09/20/04 | DEF 1 Sentencing Memorandum. |
| 21 - 1 | 09/21/04 | DEF 1 Errata to sentencing memo. |
| 22 - 1 | 09/23/04 | [Re: DEF 1] JWS Order granting motion on shortened time to continue sentencing (18-1). IOS set for 9/27/04 is reset for 11/19/04. cc: AUSA, FPD, USM, USPO |
| 23 - 1 | 11/08/04 | [Re: DEF 1] PLF 1 Unopposed motion to continue sentencing and to present evidence (filed on shortened time). |
| 24 - 1 | 11/15/04 | [Re: DEF 1] JKS Order granting unoppo mot to continue sentencing & to present evidence (23-1); IOS reset to 1/26/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO |
| 25 - 1 | 01/12/05 | [Re: DEF 1] PLF 1 motion to present evidence at sentencing. |
| 26 - 1 | 01/18/05 | [Re: DEF 1] JWS Order granting mot to present evidence at sentencing (25-1). cc: USA, FPD, USPO |
| 27 - 1 | 01/25/05 | DEF 1 motion on shortened time for an order continuing Mr. Taong's sentencing w/att aff. |
| 28 - 1 | 01/25/05 | [Re: DEF 1] JWS Order granting motion on shortened time for an order continuing Mr. Taong's sentencing (27-1); IOS rescheduled to 10:00 a.m., 1/27/05. cc: USA, FPD, USM, PO |
| 29 - 1 | 01/27/05 | [Re: DEF 1] JWS Court Minutes [ECR: Linda Christensen] re: IOS (held 1/27/05); testimony heard; sentence imposed as stated in judgment; def advised of appeal rights; def remanded; exh list attached. |
| 30 - 1 | 01/28/05 | [Re: DEF 1] JWS Judgment pleaded guilty to count(s) 1 of the Indictment (1-1). Imprisonment for a term of 40 months w/recommendations. Def is remanded to the custody of the USM. SR 3 years w/standard and special conditions. SA $100.00. cc: AUSA, FPD, Def w/cnsl cy, USM, USPO, MJ Roberts, Finance, FLU |
| 31 - 1 | 02/02/05 | DEF 1 Unopposed motion on shortened time to correct judgment to authorize service of Federal time consecutive to state time. |
| 32 - 1 | 02/03/05 | [Re: DEF 1] JWS Order granting Unopposed motion on shortened time to correct judgment to authorize s (31-1); judgment to be amended as stated. cc: USA, FPD, USM, PO, ECRO |
| 33 - 1 | 02/07/05 | [Re: DEF 1] JWS Judgment (Amended); pled guilty to ct 1 of Indt; sentenced to 40 mos in prison to be served consecutive to sentence in 3AN-S02-2073 CR; 36 mos SR; $100.00 SA. cc: USA, FPD, Def w/cnsls cy, USM, USPO, MJ Roberts, Finance, FLU |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0077--CR (JWS)
                              "USA V CHRISTOPHER R. TAONG"

                                  For all filing dates

 Document #   Filed       Docket text
 ──────────   ─────       ──────────

    34 -  1   02/07/05    DEF 1 appeal to 9CCA of (30-1) filed 01/28/05. cc:USA, FPD, USM, PO,
                          Judge Sedwick, 9CCA

 NOTE -   3   02/08/05    Transmittal: Forwarded notice of appeal (34-1) to 9CCA.

    35 -  1   02/08/05    [Re: DEF 1] Cy 9CCA Time Schedule Order. (34-1) cc:USA, FPD, USM, PO,
                          Judge Sedwick, 9CCA (original), ECR

    36 -  1   02/09/05    [Re: DEF 1] AMENDED Cy 9CCA Time Schedule Order. (34-1) cc: USA, FPD,
                          USM, PO, ECR, Judge Sedwick, 9CCA (original)

    37 -  1   02/11/05    DEF 1 Transcript Designation/Order Form re: notice of appeal (34-1)
                          w/order form. cc:ecr

    38 -  1   03/07/05    DEF 1 PARTIAL Transcript of IOS/Evid Hrg held 1/27/05.

    39 -  1   03/21/05    [Re: DEF 1] PARTIAL Transcript of IOS/Evid Hrg held 1/27/05 re: notice
                          of appeal (34-1).

    40 -  1   03/22/05    [Re: DEF 1] cy 9CCA Certificate of Record. (34-1) cc: USA, FPD, Judge
                          Sedwick, 9CCA (original), USM, PO

 NOTE -   4   10/14/05    Transmittal: Forwarded D.C. record to 9CCA consisting of 1 volume.

 NOTE -   5   11/10/05    Notation (re: Appeal): D.C. record received at 9CCA consisting of 1
                          volume.
```