PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

RECEIVED
NOV 28 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Christopher Taong         Case Number: A04-cr-0077 (JWS)

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:   February 3, 2005

Original Offense:   Felon in Possession of a Firearm

Original Sentence:   40 months imprisonment, three years supervised release

Date Supervision Commenced: November 23, 2007

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for ____ years, for a total term of ____ years.
[X]   To modify the conditions of supervised release as follows:

"The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter not to exceed 12 tests per month."

### CAUSE

The above modification is sought in order to begin drug testing in this case in compliance with *U.S. v. Stephens*, No. 04-50170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).

Respectfully submitted,

**REDACTED SIGNATURE**

Timothy M. Astle
U.S. Probation/Pretrial Services Officer
Date: November 26, 2007

*Request for Modification of Conditions or Term*
*Name of Offender* : TAONG, Christopher
*Case Number* : A03-cr-0077 (JWS)

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

Date: 11-27-07

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v Christopher Taong**               Docket No. A03-cr-0077 CR (JWS)

I, __Christopher Taong__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter not to exceed 12 tests per month.

Signed: _____       Date: 11/26/07
Christopher Taong
Supervised Releasee

Witness: **REDACTED SIGNATURE**       Date: 11/26/07
Timothy M. Astle
U.S. Probation/Pretrial Services Officer